# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0509
_____

ROBERT ROCKWELL TURNER, JR.,

Appellant,

v.

LAMAR JENKINS, Property
Appraiser Suwannee County,
Florida,

Appellee.

_____


On appeal from the Circuit Court for Suwannee County.
William F. Williams, III, Judge.

July 25, 2018


PER CURIAM.

DISMISSED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Rockwell Turner, Jr., pro se, Appellant.

Loren E. Levy of The Levy Law Firm, Tallahassee, for Appellee.